
U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUL 17 2009

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

GERALD MASTEN,

                Plaintiff,

vs.                        6:08-CV-1155

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:                        OF COUNSEL:

EMPIRE JUSTICE CENTER          LOUISE M. TARANTINO, ESQ.
Attorneys for Plaintiff
119 Washington Avenue
Albany, NY 12210

SOCIAL SECURITY ADMINISTRATION  JENNIFER S. ROSA, ESQ.
Office of General Counsel            Special Asst. U.S. Attorney
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278-0004

DAVID N. HURD
United States District Judge

## ORDER

Plaintiff moves for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(a) and (b). (Docket No. 16). The defendant opposes. (Docket No. 18). The plaintiff replied. (Docket No. 19).

The defendant's only objection to the motion is that the time spent by plaintiff's attorney is excessive and unreasonable. Specifically, the defendant argues that the normal time range required in an ordinary case is 20 to 40 hours, and therefore the plaintiff's claim of 56 hours is excessive.

Upon a review of the plaintiff's attorney's detailed application, the number of hours claimed is reasonable, including the time expended on the reply.

Therefore, it is

ORDERED that the plaintiff is allowed an award under the Equal Access to Justice Act in the amount of Nine-thousand Six-hundred Eighty-eight Dollars and Forty-seven Cents ($9,688.47), and that payment of said award be made directly to plaintiff's attorneys, Empire Justice Center and Louise M. Tarantino, Esq., pursuant to Fee Agreement signed by the plaintiff on October 28, 2008.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 16, 2009
Utica, New York.